RONALD L. RICHMAN (SBN 139189)
ADAM THOMAS (SBN 297249(
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA  94104-4146
Telephone:  415.352.2700
Facsimile:  415.352.2701
E-mail:        ron.richman@bullivant.com
                   adam.thomas@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br>              Plaintiffs, <br><br>     vs. <br><br>ADVANCED CONCRETE SAWING AND SEALING, INC., a California corporation, <br><br>              Defendant. | Case No.: 3:22-cv-00466-TSH <br><br>**STIPULATION TO STAY CASE FOR SIXTY (60) DAYS; ORDER THEREON** |

## **STIPULATION**

IT HEREBY STIPULATED by and between plaintiffs, on the one hand, and defendant, on the other hand, through their respective counsel, as to the following.

4855-0634-8059.1 29512/00360                           – 1 –

On January 24, 2022, plaintiffs filed their Complaint for Damages for Breach of Collective Bargaining Agreement; To Recover Unpaid Trust Fund Contributions and for a Mandatory Injunction "(Complaint)". [Dkt. No. 1]. The Complaint was served on defendant on February 23, 2022. [Dkt. No. 9].

The Complaint is for audit entry. The parties are communicating, through counsel, to move forward with the audit. Once the audit is completed, the parties will share information regarding the audit results and attempt to resolve any dispute that may arise once the audit is completed. The parties anticipate being able to conduct the audit and meet and confer within the next sixty (60) days.

Based on the above, the parties respectfully request that this Court issue an order to stay this case for sixty (60) days to allow time for defendant to submit the audit documents, plaintiffs to review and provide to defendant the results of audit, and the parties to attempt to resolve any dispute regarding the audit findings

If the parties are unable to resolve any dispute regarding the audit findings, defendant will file an answer and we will move forward with this litigation.

DATED: April 20, 2022

BULLIVANT HOUSER BAILEY PC


By  /s/ Ronald L. Richman
    Ronald L. Richman
    Adam Thomas
Attorneys for Plaintiffs


DATED: April 20, 2022

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By  /s/ Robert R. Roginson
    Robert R. Roginson
Attorneys for Defendant

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the parties' stipulation and good cause appearing: |
| 3 | IT IS HEREBY ORDERED that this matter is stayed for sixty (60) days and that the |
| 4 | initial case management conference is continued to ___June 30___, 2022 at 10:00 a.m., |
| 5 | Courtroom G, 15th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San |
| 6 | Francisco, CA. The parties shall file a joint case management conference statement seven (7) |
| 7 | days prior to the re-scheduled case management conference. |
| 8 | DATED: April __21__, 2022 |

By _____
HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE